CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
| --- | --- |
| United States of America<br>v.<br><br>Jesus Ricardo Alegria-Portillo<br>DOB: 2001; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-11172MJ |

Complaint for violations of Title 18, United States Code §§ 922(a)(6) and 924(a)(2), and Title 18, United States Code §§ 922(a)(1)(A) and 924(a)(1)(D).

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count 1**: On or about August 14, 2026, in the District of Arizona, JESUS RICARDO ALEGRIA-PORTILLO, in connection with the acquisition of firearms, knowingly made false statements and representations to USA Pawn & Jewelry, which were intended and likely to deceive the business as to facts material to the lawfulness of a sale of a firearm by the business, which was listed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that the defendant, in connection with the purchase of one Glock, Model 22, .40 caliber pistol, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**Count 2**: From a time unknown, through October 30, 2026, in the District of Arizona, JESUS RICARDO ALEGRIA-PORTILLO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

Between 2022 and 2026, in the District of Arizona, Jesus Ricardo ALEGRIA-PORTILLO, purchased over 80 firearms through Federal Firearms Licensees (FFLs), with over 50 of those purchases occurring between 2025 and 2026. Fourteen (14) of the firearms purchased by ALEGRIA-PORTILLO were later recovered at crime scenes and two (2) of those firearms were recovered at homicides.

On August 14, 2026, agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) were alerted to a purchase by ALEGRIA-PORTILLO of a Glock, model 22, .40 caliber pistol, from USA Pawn & Jewelry, an FFL located in Tucson, Arizona.

*Continued on Page 2*

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>NATHAN SKIDMORE Digitally signed by NATHAN SKIDMORE Date: 2026.11.04 11:21:21 -07'00'<br><br>OFFICIAL TITLE & NAME:<br>ATF Special Agent Nathan Skidmore |
| --- | --- |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | **DATE**<br>November 4, 2026 |
| --- | --- |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Frances M. Kreamer Hope

ALEGRIA-PORTILLO indicated on the paperwork that he was the actual buyer/transferee of the firearm. On August 18, 2026, ATF agents discovered that ALEGRIA-PORTILLO was attempting to sell the Glock pistol he just purchased on Facebook Marketplace, using the account jb.alegria.2025. ALEGRIA-PORTILLO had posted the Glock pistol for sale on August 17, 2026. On August 19, 2026, ATF agents utilized a confidential informant to purchase the Glock pistol from ALEGRIA-PORTILLO, confirming that ALEGRIA-PORTILLO was the individual using the Facebook account jb.alegria.2025. After the purchase of the Glock by the confidential informant, ATF agents contacted ALEGRIA-PORTILLO via telephone to arrange delivery of an ATF warning letter. ALEGRIA-PORTILLO failed to meet with agents and stopped answering phone calls.

In September of 2026, ATF agents obtained a federal search warrant for ALEGRIA-PORTILLO's Facebook account and the information received confirmed that ALEGRIA-PORTILLO was using Facebook Marketplace as a means for conducting firearms sales. Firearms previously purchased by ALEGRIA-PORTILLO through FFLs were identified for sale on the platform, as well as other firearms, likely obtained through the secondary market.

On October 28, 2026, ATF agents were notified of another firearms purchase made by ALEGRIA-PORTILLO at an FFL. On October 29, 2026, ATF agents located a Facebook Marketplace listing by ALEGRIA-PORTILLO, using the term "2A." Based on training and experience, this is code used for "2nd Amendment," and it is utilized on Facebook to avoid having the post flagged. The ad stated it was looking "12-gauge heavy hitters," and "any 55.6 drills, which based on training and experience is code used for 12-gauge shotguns and 5.56 AR rifles. The ad also stated, "BUYING NOT SELLING." An agent from ATF contacted ALEGRIA-PORTILLO in an undercover capacity and asked if ALEGRIA-PORTILLO had any firearms for sale. ALEGRIA-PORTILLO asked what they were looking for and stated he worked in a shop so he could buy and resell any type of handgun. ALEGRIA-PORTILLO also stated he would charge an additional $100 for handguns and an additional $150 for rifles, on top of the retail price, plus tax. When asked about forms to fill out, ALEGRIA-PORTILLO stated that no forms were needed and he would provide a bill of sale.

On October 30, 2026, ATF agents discovered an additional "2A" listing by ALEGRIA-PORTILLO on Facebook Marketplace, with the description, "12 gauge/semi or pump/break action send offers please I'm cash ready AZ valid."